UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DESHAWN MOSS

Debtor(s)

Case No. 10-33160

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2010, and was converted to chapter 13 on 09/30/2010.

2) The plan was confirmed on 02/11/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/26/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/15/2013, 01/15/2013, 03/07/2013.

5) The case was dismissed on 03/21/2013.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $1,550.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,772.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$4,772.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,354.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $231.22 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,585.72**

Attorney fees paid and disclosed by debtor:     $1,145.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA INSURANCE | Unsecured | 137.16 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 16.65 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ASSET MGMT | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| ALLIED CREDIT | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ARMS INC | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 266.83 | 296.38 | 296.38 | 121.00 | 0.00 |
| ASSET MANAGEMENT OUT | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 368.14 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 173.04 | 134.40 | 134.40 | 54.87 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 218.71 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 2,612.11 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 77.35 | NA | NA | 0.00 | 0.00 |
| CLEARCHECK PAYMENT SOLUTION | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| COLORADO CLUB | Unsecured | 248.52 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | NA | 708.00 | 708.00 | 289.04 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 153.97 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 822.49 | NA | NA | 0.00 | 0.00 |
| DR THOMAS PIAZZA DDS | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 2,830.47 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,237.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 1,497.79 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ER SOLUTIONS INC | Unsecured | 688.89 | NA | NA | 0.00 | 0.00 |
| EZMONEY LOAN SERVICES | Unsecured | 632.05 | NA | NA | 0.00 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 378.04 | NA | NA | 0.00 | 0.00 |
| GARLAND FLOWERS | Unsecured | 89.19 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 796.79 | 794.74 | 794.74 | 324.45 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 794.00 | NA | NA | 0.00 | 0.00 |
| JHS MARKETING | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| KNOWLEDGE LEARNING CORP | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| KWIK KAR | Unsecured | 40.50 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 27.30 | NA | NA | 0.00 | 0.00 |
| LAMPHERES FURNITURE | Unsecured | 116.08 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYSICIANS FOUNDT | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 676.36 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 734.45 | NA | NA | 0.00 | 0.00 |
| METABANK | Unsecured | 362.92 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 677.00 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 659.73 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 494.30 | 494.30 | 494.30 | 201.80 | 0.00 |
| NATIONAL RECOVERIES INC | Unsecured | 794.74 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 582.14 | NA | NA | 0.00 | 0.00 |
| NATIONWIFE CAPITAL RECOVERY | Unsecured | 1,530.26 | 1,530.26 | 1,530.26 | 624.72 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 489.94 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 28,369.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 6,757.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 766.10 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 739.45 | NA | NA | 0.00 | 0.00 |
| NRS | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 1,497.79 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 422.80 | 422.80 | 422.80 | 172.60 | 0.00 |
| PRECISION RECOVERY ANALYTICS | Unsecured | 602.05 | 602.05 | 602.05 | 245.79 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 247.00 | 372.33 | 372.33 | 152.01 | 0.00 |
| PUBLIC STORAGE | Unsecured | 118.47 | NA | NA | 0.00 | 0.00 |
| RCVL PER MNG | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| RITTER PROPERTIES | Unsecured | 649.96 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 1,497.00 | NA | NA | 0.00 | 0.00 |
| ROSSMAN & COMPANY | Unsecured | 634.53 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 386.31 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 186.83 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 156.78 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 664.80 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,518.37 | NA | NA | 0.00 | 0.00 |
| VISON FINANCIAL CORPORATION | Unsecured | 797.74 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VISUAL IMAGE PHOTOGRAPHY | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| VNA OF FOX VALLEY | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 79.58 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 134.40 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | 601.92 | NA | NA | 0.00 | 0.00 |
| YGNITION | Unsecured | 55.16 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$5,355.26** | **$2,186.28** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,585.72 |
| Disbursements to Creditors | $2,186.28 |
| **TOTAL DISBURSEMENTS** : | **$4,772.00** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/17/2013               By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**